## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| ANGELIQUE LACOUR, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. 8:11-cv-1896-T-33-MAP |
| ) | |
| WHITNEY BANK, ) ) | |
| Defendant. ) ) | |

## FINAL JUDGMENT

The Court, having granted Plaintiff's Unopposed Motion for Final Approval of Settlement, Application for Service Award, Class Counsel's Application for Attorneys' Fees and Expenses, and Final Judgment and Dismissal With Prejudice, hereby **ORDERS AND ADJUDGES**:

1. The Court incorporates herein by reference the Final Approval Order.

2. The Action is hereby dismissed with prejudice, each side to bear its own fees and costs, except as otherwise provided in the Final Approval Order.

3. Those individuals and the business entity identified on *Exhibit 1* to the Final Approval Order are hereby excluded from the Settlement, shall not receive any distribution from the Settlement, and are not bound by this Judgment.

4. The Clerk of this Court is instructed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 23rd day of October, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record