UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELIQUE LACOUR,

    Plaintiff,

v.                              Case No. 8:11-cv-1896-T-33MAP

WHITNEY BANK,

    Defendant.
_____/

### ORDER

This matter comes before the Court in consideration of the Joint Motion for Approval of Cy Pres Distribution of Settlement Funds (Doc. # 28), filed on January 8, 2014. For the reasons that follow, the Motion is granted.

### Background

On October 23, 2012, this Court granted final approval of the settlement agreement in this case. (Doc. # 26). The settlement included a common fund of $6,800,000 to be used to pay all distributions to settlement class members who did not opt out, as well as a service award to the named Plaintiff, and attorney fees and expenses to class counsel. (Id.).

The settlement agreement provides that if there are funds remaining after distributions have been made to settlement class members, the remainder may be distributed

through a cy pres program. The settlement agreement further provides that "[t]he residual cy pres recipient shall be agreed upon by Whitney Bank and class counsel, and approved by the Court." (Doc. # 22-1 at ¶ 78(b)).

The parties indicate that $799,370.26 remains in the settlement fund. (Doc. # 28 at 2). By the present Motion, the parties jointly seek the Court's approval for distribution of the remainder to the following cy pres recipients: (1) United Way of Southeast Louisiana, allocation: $591,374.12; (2) United Way of Southwest Alabama, allocation: $70,344.58; (3) United Way of Okaloosa and Walton Counties, allocation: $70,104.77; (4) Mississippi Center for Justice, allocation: $41,327.44; and (5) United Way of Greater Houston, allocation: $26,219.35. (Id.).[1] The Court has reviewed the Motion and is otherwise fully advised in the premises.

**Discussion**

Cy pres distribution is a common and proper method of distributing unclaimed settlement funds, subject to court approval of the particular application of the funds. See

---

[1] The parties explain that the amount allocated to each recipient is based on the percentage distribution of settlement class accounts in each state. (Doc. # 28 at 2).

<u>Nelson v. Mead Johnson & Johnson Co.</u>, 484 F. App'x 429, 435 (11th Cir. 2012). Courts employing cy pres distribution have been inclined to distribute such unclaimed settlement funds to "worthy charities, especially to charities whose purposes harmonize with the underlying lawsuit." <u>In re Checking Account Overdraft Litig.</u>, 830 F. Supp. 2d 1330, 1354 (S.D. Fla. 2011). "When the cy pres doctrine is employed by settling parties, the funds 'should be distributed for a purpose as near as possible to the legitimate objectives underlying the lawsuit, the interests of class members, and the interests of those similarly situated.'" <u>Id.</u> at 1355 (quoting <u>In re Infant Formula Multidist. Litig.</u>, No. 4:91-cv-00878-MP, 2005 WL 2211312, at *1 (N.D. Fla. Sept. 8, 2005)).

The present case involved a consumer class action challenging the order in which Whitney Bank posted debit card transactions to customer accounts, and the effect the posting order had on the number of overdraft fees Whitney Bank charged its account holders. The abovementioned organizations promote the objectives of educating and assisting consumers with financial services issues through advisory and related services. The Court accordingly finds that the remaining settlement funds may be properly distributed to these

3

organizations to further their ideals of financial literacy and improving consumer awareness.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The Joint Motion for Approval of Cy Pres Distribution of Settlement Funds (Doc. # 28) is **GRANTED.**

(2) The parties shall effect the cy pres distribution in the amounts and to the recipients identified herein within thirty (30) days of the date of this Order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 10th day of January, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

4